Romie GRADY, Jr., Appellant,

v.

D. CROSS, Lt., East Arkansas Regional Unit, ADC; J.A. Greer, Sgt., East Arkansas Regional Unit, ADC; C.M. Harris, C.P.L. Officer, East Arkansas Regional Unit; K. Duke, CO–I, East Arkansas Regional Unit, ADC; Pickett, CO–I, East Arkansas Regional Unit, ADC; Weathers, CO–I, East Arkansas Regional Unit, ADC;—Evans, Grievance Officer, East Arkansas Regional Unit, ADC; Juanita Mathis, Hearing Officer, East Arkansas Regional Unit, ADC; F. Walls, Assistant Warden, East Arkansas Regional Unit, ADC; Larry Norris, Director, Arkansas Department of Correction, Appellees.

No. 03–1103.

United States Court of Appeals, Eighth Circuit.

Submitted Sept. 24, 2003.

Decided Oct. 6, 2003.

Before MORRIS SHEPPARD ARNOLD, BYE, and RILEY, Circuit Judges.

PER CURIAM.

Arkansas inmate Romie Grady brought this 42 U.S.C. § 1983 action against prison

---

1. The Honorable Mark W. Bennett, Chief Judge, United States District Court for the Northern District of Iowa.

and correction officials alleging that he was assaulted by prison officials in retaliation for filing grievances, and that correction officials failed to investigate the assault. Prior to service, the district court[1] dismissed the action because Mr. Grady had failed to exhaust administrative remedies.

We agree that dismissal was proper: Mr. Grady did not file and exhaust a grievance against Mr. Norris, a named defendant, before commencing this action. *See* 42 U.S.C. § 1997e(a); *Porter v. Nussle,* 534 U.S. 516, 524, 122 S.Ct. 983, 152 L.Ed.2d 12 (2002) (administrative exhaustion is prerequisite to § 1983 prison-conditions lawsuit even if administrative remedies are not plain, speedy, and effective, and relief inmate seeks is not available); *Johnson v. Jones,* 340 F.3d 624 (8th Cir. 2003) (inmate must exhaust administrative remedies before filing suit in federal court); *Graves v. Norris,* 218 F.3d 884, 885–86 (8th Cir.2000) (per curiam) (dismissal proper where at least some of plaintiff's claims were unexhausted). Accordingly, we affirm the district court's dismissal without prejudice, and deny all pending motions.

1. The Honorable James M. Moody, United States District Judge for the Eastern District of Arkansas, adopting the report and recommendations of the Honorable Henry L. Jones, Jr., United States Magistrate Judge for the Eastern District of Arkansas.